**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**MICHELLE BANKS**                                                                **PLAINTIFF**

**VS.**                                            **CAUSE NO.: 5:20-cv-00176-DCB-MTP**

**CLAIBORNE COUNTY SCHOOL DISTRICT**                            **DEFENDANT**

---

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO FILE ITS
REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

---

THIS MATTER is before the Court on the Defendant's Motion for additional time to file its reply in support of its motion for summary judgment. The Court, being fully advised that this motion is unopposed by the Plaintiff, finds that this motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant shall have additional time until October 12, 2021, to file Defendant's reply in support of its motion for summary judgment.

SO ORDERED this the 14th day of October, 2021.

                                                            s/David Bramlette
                                                            UNITED STATES DISTRICT JUDGE